

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)
TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100
TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500
TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024
TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszyjw.com

August 24, 2006

sselzer@pszyjw.com
(302) 778-6443

Clerk of the United States District Court
US District Court Clerk's Office
844 N. King St., Rm. 4209
Wilmington, DE 19801

**U. S. DISTRICT COURT - DE**
**MISC. CASE #** 06-161

**Re: Initiation of a Miscellaneous Case Related to a Rule 45 Subpoena Issued on the Authority of the <u>United States District Court for the District of Delaware</u>**

Dear Clerk of the Court:

Pachulski Stang Ziehl Young Jones & Weintraub LLP ("PSZYJW") is a non-party witness in a civil action initiated in the United States District Court for the Middle District of Tennessee, captioned *Kristy Law, Quincy Bullard, John Hall, Frances Perry and Rita Lee on behalf of themselves and all other persons similarly situated v. American Capital Strategies, Ltd.*, Case No. 3:05-0836.

On August 15, 2006, PSZYJW was served in Delaware with a subpoena request for production of documents pursuant to Rule 45 of the Federal Rules of Civil Procedure which was issued under the authority of United States District Court for the District of Delaware.

Enclosed herewith for filing is (1) the *Motion by Nonparty for Protective Order Relating to Subpoena* in response to the subpoena request and (2) a check in the amount of $39.00 for payment of the filing fee to initiate a miscellaneous case regarding the subpoena.

2006 AUG 24 PM 1:35
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED




Thank you very much for your time and attention. Please contact me if you have any questions.

Respectfully submitted,

Sandra G. M. Selzer

SGMS:sgms
Enclosures

cc: Steven K. Kortanek, Esquire (via hand delivery)
Rene Roupinian, Esquire (via overnight delivery)
David Maria, Esquire (via overnight delivery)