IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTY LAW, QUINCY BULLARD, JOHN HALL, FRANCES PERRY, RITA LEE on behalf of themselves and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CAPITAL STRATEGIES, LTD.,<br><br>Defendant. | Case No.: 3:05-0836 (Echols)<br>(Middle District of Tennessee)<br>Miscellaneous File Number<br><br><br>Miscellaneous Action on a Rule 45<br>Subpoena in a Civil Case<br><br>Case No. 1:06-mc-161 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the certification below, counsel moves the admission *pro hac vice* of Steven J. Kahn, to represent a non-party witness, Pachulski Stang Ziehl Young Jones & Weintraub, in the above-captioned case.

Dated: August 25 2006

Sandra G. M. Selzer (Bar No. 4283)
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bar of the State of California; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Steven J. Kahn (CA Bar No. 76933)
Pachulski Stang Ziehl Young Jones & Weintraub LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310)201-0760