**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

February 12, 2007

VIA HAND DELIVERY
David Bird, Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

   Re: *Transfer of Delaware Misc. Case 1:06-mc-161-SLR, Kristy Law, et al. v.*
     *American Capital Strategies, Ltd.*

Dear Clerk Bird:

In accordance with Chief Judge Sue L. Robinson's granting the motion to transfer in the above referenced case, I am transferring DE Misc. Case No. 1:06-mc-161-SLR to the U.S. Bankruptcy Court for District of Delaware. Please find enclosed a certified copy of the docket sheet for this action along with copies of the pending motion for protective order (D.I. 1) and the granted motion to transfer (D.I. 4).

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to me in the enclosed, self-addressed, envelope.

         Sincerely,

         Peter T. Dalleo, Clerk

         By: _____
         Deputy Clerk

Enclosures

cc: The Honorable Sue L. Robinson
   S. Kortanek, Esq.
   R. Roupinian, Esq.
   D. Maria, Esq.
   M. Seidl, Esq.

List of Addresses for "cc":

Mailed 2/12/07
Misc. No. 06-161-SLR

Steve Kortanek, Esq.
Klehr, Harrison, Harvey,
Branzburg & Ellers LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

Rene Roupinian, Esq.
Lankenau & Miller, LLP
1775 Broadway, Suite 610
New York, NY 10019

David Maria, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Michael R. Seidl, Esq.
Pachulski Stang Ziehl Young
Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705